**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 25-MJ-6389-AOV

United States of America
       Plaintiff,

   v.

Virginia Lockett
       Defendant,
_____/

## ORDER OF REMOVAL

It appearing that in the **Middle District of Florida**, an Indictment was filed against the above-named defendant on a charge of Conspiracy, Wire and Health Care Fraud Conspiracy, and Falsification of Records in Federal Investigations, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Alicia O. Valle  at Fort Lauderdale, Florida, which officially committed the defendant for removal to the **Middle District of Florida**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Alicia O. Valle  for removal and released to $ _100,000_ (PSB)CSB which was approved by the United States Magistrate Judge Alicia O. Valle, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida on 6/11/2025.

_____
Alicia O. Valle
United States Magistrate Judge